FILED by ___TB___ D.C.

Jan 7, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

## 16-20012-CR-MARTINEZ/GOODMAN

CASE NO. _____

18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1542
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

**EUGENIO QUILES-TAMARIT**
  a/k/a "C.G.V.,"

  **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Making a False Claim to United States Citizenship
### (18 U.S.C. § 1015(e))

On or about April 18, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EUGENIO QUILES-TAMARIT,
a/k/a "C.G.V.,"**

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from Puerto Rico in the name of "C.G.V." as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about April 18, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

### EUGENIO QUILES-TAMARIT,
### a/k/a "C.G.V.,"

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, that is, a State of Florida Driver License, as charged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name, date of birth, and social security number of "C.G.V.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 3
### False Statement in an Application for United States passport
### (18 U.S.C. § 1542)

On or about October 24, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

### EUGENIO QUILES-TAMARIT,
### a/k/a "C.G.V.,"

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated he was "C.G.V.," when in truth and in fact,

2

and as the defendant then and there well knew, he was not "C.G.V.," in violation of Title 18, United States Code, Section 1542.

## COUNT 4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 24, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

### EUGENIO QUILES-TAMARIT,
### a/k/a "C.G.V.,"

during and in relation to a felony violation of Title 18, United States Code, Section 1542, that is, willfully and knowingly making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, as charged in Count 3, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name, date of birth and social security number of "C.G.V.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **EUGENIO QUILES-TAMARIT, a/k/a "C.G.V.,"** has an interest.

2.      Upon conviction of any violation of Title 18, United States Code, Section 1542,

3

the defendant, **EUGENIO QUILES-TAMARIT, a/k/a "C.G.V.,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6):

(A) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and

(B) any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

(C) any property, real or personal, that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), Title 28, United States Code, Section 2461, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MICHELE S. VIGILANCE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

EUGENIO QUILES-TAMARIT
  a/k/a "C.G.V.,"
    Defendant.

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| New Defendant(s) | | Yes _____ | No _____ |
| Number of New Defendants | | _____ | |
| Total number of counts | | _____ | |

| | | | |
|---|---|---|---|
| _x_ | Miami | _____ Key West | |
| _____ | FTL | _____ WPB | _____ FTP |

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)    <u>Yes</u>
    List language and/or dialect    <u>Spanish</u>

4.   This case will take    <u>2-3</u>  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _x_ | | Petty | _____ |
| II | 6 to 10 days | _____ | | Minor | _____ |
| III | 11 to 20 days | _____ | | Misdem. | _____ |
| IV | 21 to 60 days | _____ | | Felony | _x_ |
| V | 61 days and over | _____ | | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)  <u>No</u>
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    <u>No</u>
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)    <u>No</u>

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _X_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X No

_____
MICHELE S. VIGILANCE
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502091

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:   EUGENIO QUILES-TAMARIT, a/k/a/ "C.G.V."**

**Case No:** _____

Count #:1

False Claim to United States Citizenship

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 2 and 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Count #: 3

False Statement in an Application for a United States passport

Title 18, United States Code, Section 1542

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**